IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 14 1998
JAMES W. McCORMACK, CLERK
By: [signature]
DEP CLERK

DORIS MARIE BATTLE, Individually and as Personal Representative of the Estates of Tanisha Jocelyn Smith, and Megan Marie Smith, and Next-of-Kin of the unborn child of Tanisha Jocelyn Smith,

Plaintiffs.

VS. No. J-C-97-414

BURLINGTON NORTHERN RAILROAD COMPANY, A Delaware Corporation; G. R. MARTIN, and RONALD E. BELONGY,

Defendants.

---

**MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)**

---

COMES NOW the Plaintiff, Doris Marie Battle, Individually and as Personal Representative of the Estates of Tanisha Jocelyn Smith, and Megan Marie Smith, and Next-of-Kin of the unborn child of Tanisha Jocelyn Smith, by and through her attorneys of record, who respectfully moves the Court to dismiss the above styled action, without prejudice.

Counsel for Plaintiff has conferred with counsel for the Defendant, at length, and while the Defendant cannot consent, it does not object to the entry of an Order of Dismissal with the non-discretionary court costs being adjudged against the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court enter an Order dismissing the above action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and that all non-discretionary Court costs be adjudged against the Plaintiff.

Respectfully submitted,

MONROE, KAUFMAN & McGHEE

MARTI L. KAUFMAN (#11555)
Attorney for Plaintiff
5350 Poplar Avenue, Suite 725
Memphis, Tennessee 38119
(901) 680-9600

#5

McDANIEL & WELLS, P.A.

BOBBY McDANIEL
Attorney for Plaintiff
400 S. Main
Jonesboro, Arkansas 72401
(501) 932-5950

CERTIFICATE OF SERVICE

I, Marti L. Kaufman, certify that a copy of the foregoing has been mailed, prepaid postage, to Barry Deacon, Attorney for Defendants, 300 S. Church Street, Jonesboro, AR, 72403, this 13 day of July, 1998.

Marti L. Kaufman
MARTI L. KAUFMAN