IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 17 1998

JAMES W. McCORMACK, CLERK
By: [signature]
DEP.CLERK

DORIS MARIE BATTLE, Individually and as Personal Representative of the Estates of Tanisha Jocelyn Smith, and Megan Marie Smith, and Next-of-Kin of the unborn child of Tanisha Jocelyn Smith,

Plaintiffs.

VS.

No. J-C-97-414

BURLINGTON NORTHERN RAILROAD COMPANY, A Delaware Corporation; G. R. MARTIN, and RONALD E. BELONGY,

Defendants.

## ORDER OF VOLUNTARY DISMISSAL

The Plaintiff in this cause has filed a Motion requesting voluntary dismissal of this cause. The Plaintiff has represented to the Court that while the Defendant cannot consent to the dismissal of this action, it does not object.

Therefore, the Court is of the opinion that it is proper for this action to be dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and that all non-discretionary Court costs be adjudged against the Plaintiff, for which execution may issue, should it be necessary.

IT IS SO ORDERED, ADJUDGED AND DECREED.

[signature]
JUDGE

Dated: 7/16/98

6

jt

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

July 17, 1998

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:97-cv-00414.

True and correct copies of the attached were mailed by the clerk to the following:

Bobby R. McDaniel, Esq.
McDaniel & Wells, P.A.
400 South Main
Jonesboro, AR 72401-2976

Marti L. Kaufman, Esq.
Monroe, Kaufman & McGhee
5350 Poplar Avenue
Suite 725
Memphis, TN 38119

John C. Deacon, Esq.
Barrett & Deacon
Union Planters Bank Building
300 South Church Street
Post Office Box 1700
Jonesboro, AR 72403-1700

J. Barry Deacon, Esq.
Barrett & Deacon
Union Planters Bank Building
300 South Church Street
Post Office Box 1700
Jonesboro, AR 72403-1700

James W. McCormack, Clerk

Date: 7-17-98

BY: Jean Iverman